**Sally D. Dear, Plaintiff-Appellant, v. Ralph C. Dear, Defendant-Appellee.**

**Gen. No. 67–108.** 

Second District.

March 19, 1968.

Sally D. Dear, pro se, of Wheaton, appellant; no brief filed in behalf of appellee. Opinion by JUSTICE SEIDENFELD. **Not to be published in full.**